IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KEITH D. FREEMAN | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:05-CV-46 |
| WALGREEN CO. | ) |
| Defendant. | ) |

### STIPULATED DISMISSAL ORDER

The parties have jointly moved to dismiss this case with prejudice and have represented that they have resolved all pending issues. It is therefore ORDERED that this case is dismissed with prejudice with each party to bear his or its own attorney's fees and costs. The Clerk will strike this case from the Court's active docket.

Entered this 26th day of February 2007

_____
United States District Court Judge